No. 25-4224

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

———————

AARON OLAF ORTEGA GONZALEZ,

PLAINTIFF-APPELLEE,

v.

KRISTI NOEM; TODD M. LYONS; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

DEFENDANTS-APPELLANTS.

———————

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON, EUGENE DIVISION
CASE NO. 6:25-CV-00622-MC

———————

DEFENDANTS-APPELLANTS' MOTION FOR STAY
IN LIGHT OF LAPSE IN APPROPRIATIONS

———————

**SCOTT E. BRADFORD**
United States Attorney
District of Oregon
**KEVIN C. DANIELSON**
Executive Assistant United States Attorney
**BENJAMIN T. HICKMAN**
Assistant United States Attorney
**PATRICK J. CONTI**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2936
Telephone: (503) 727-1000

1

The United States of America hereby moves for a stay of the above-captioned appeal. Counsel for the United States attempted to ascertain appellee's position on this motion by email on September 30, 2025, and October 1, 2025, but has not heard back as of this filing. Undersigned counsel is proceeding with the motion because undersigned counsel has been furloughed and has been instructed to file a stay motion as soon as possible.

## MOTION

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of this appeal until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

Therefore, although we greatly regret the disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this appeal until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated this 1st day of October 2025.

>                             Respectfully submitted,
>
>                             SCOTT E. BRADFORD
>                             United States Attorney
>                             District of Oregon
>                             KEVIN C. DANIELSON
>                             Executive Assistant United States Attorney
>
>                             */s/ Benjamin T. Hickman*
>                             BENJAMIN T. HICKMAN
>                             Assistant United States Attorney